

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-16-00087-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court at Law #2 |
| JORGE ARTURO ESPINOZA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20150C10006) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order granting Appellant's motion to suppress and remand the cause to the trial court for trial, in accordance with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF NOVEMBER, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.
Palafox, J. Dissenting